Argued June 11, affirmed June 26, 1968

## STATE OF OREGON, *Respondent, v.*
## LOUIS DEWEY KENNEDY,
### *Appellant.*

443 P. 2d 226

*John Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was L. A. Aschenbrenner, Public Defender, Salem.

*Billy L. Williamson,* Deputy District Attorney, Portland, argued the cause for respondent. With him on the brief was George Van Hoomissen, District Attorney, Portland.

Before McALLISTER, Presiding Justice, and O'CONNELL and DENECKE, Justices.

O'CONNELL, J.

Defendant appeals from a judgment of conviction for the crimes of larceny, burglary and concealing stolen property.

Defendant contends that he cannot be charged with the separate crimes of larceny, burglary and concealing stolen property because each of the crimes charged arose out of the same act and transaction.

Under the circumstances of the present case, which we shall not recite, there is no merit to defendant's contention. Even if there were, defendant failed to except to the court's instruction or otherwise raise the objections he now presents on appeal.

The judgment is affirmed.